UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| AARON RIGSBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 4:24-CV-23-PPS-AZ |
| | ) |
| ALL SEASONS RESTORATION, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On April 9, 2026, Magistrate Judge Abizer Zanzi *sua sponte* recommended that the district court vacate the entry of default as to Defendant All Seasons Restoration, LLC. [DE 25, 9.] Judge Zanzi recognized that on August 9, 2024, a clerk's entry of default was granted against All Seasons Restoration, LLC. [DE 9.] However, before a default judgment was granted, the defendant filed an answer, the parties then appeared for a Rule 16 preliminary conference and indicated their intent to cooperate and proceed through resolving the case on the merits, and deadlines were set and discovery commenced. [DE 25 at 1.] The case is now set for a judicial settlement conference on June 10, 2026. [DE 23.]

Judge Zanzi went through the test that a moving party must establish to set aside a default and decided that because the parties are fully committed to resolving the case, there was good cause to set aside the entry of default. [DE 25 at 1-2.] Therefore, he recommended that this Court vacate the entry of default. [*Id*. at 2.]

Judge Zanzi also warned the parties that failure to file a timely objection would result in a waiver of the right to challenge the recommendations before either the

District Court or Court of Appeals. *Willis v. Caterpillar, Inc.*, 199 F.3d 902, 904 (7th Cir. 1999); *Hunger v. Leininger*, 15 F.3d 664, 668 (7th Cir. 1994); *The Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260-61 (7th Cir. 1989).

To date, no party has filed a timely objection.

**ACCORDINGLY:**

Having reviewed Magistrate Judge Zanzi's report and recommendations to which no objection has been filed, the Court hereby ADOPTS the report and recommendations [DE 25] in their entirety. The entry of default against Defendant All Seasons Restoration, LLC [DE 9] is HEREBY VACATED.

ENTERED: April 29, 2026.

 s/   Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT